UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
BEAR, CHARLES ALLEN § Case No. 10-15029
§
    Debtor(s) §
§

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>   CHAPTER 7 ADMIN. FEES<br>   AND CHARGES<br>   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER<br>   ADMIN. FEES AND<br>   CHARGES (from **Exhibit 5**) | | | | |
|    PRIORITY UNSECURED<br>   CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

     Dated: _____ By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                     Trustee

     **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Western Finance And Lease P.O. Box 640 Devils Lake, ND 58301-0640 |  |  |  |  |  |
| 2 | Western Finance And Lease |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| THOMAS E. SPRINGER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alexian Brothers Medical Center 800 Biesterfield Road Elk Grove Village, IL  60007-3397 | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moore LLC 125 S. Wacker Dr. Suite 400 Chicago, IL  60606-4440 | | | | | |
| | Capital One P.O. Box 30285 Salt Lake City, UT  84130-0285 | | | | | |
| | Chase Card Services PO Box 15298 Wilmington, DE  19850-5298 | | | | | |
| | Chase P.O. Box 24714 Columbus, OH  43224 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Card Services P.O. Box 80082 Salinas, CA 93912-0082 | | | | | |
| 1 | Chase Bank Usa, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-15029 | CAD | Judge: Carol A. Doyle | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | BEAR, CHARLES ALLEN | | | Date Filed (f) or Converted (c): | 04/05/10 (f) |
| | | | | 341(a) Meeting Date: | 05/24/10 |
| For Period Ending: | 07/12/13 | | | Claims Bar Date: | 10/08/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account Bank of America, Hampshire, Illin | 1,000.00 | 0.00 | | 0.00 | FA |
| 2. Security deposit on apartment | 550.00 | 0.00 | | 0.00 | FA |
| 3. Household goods and furnishings | 800.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 5. Wedding ring | 500.00 | 0.00 | | 0.00 | FA |
| 6. golf clubs | 150.00 | 0.00 | | 0.00 | FA |
| 7. Savings Bonds owned jointley with ex-wife on behalf of daughter | 1,100.00 | 0.00 | | 0.00 | FA |
| 8. 1993 Chevrolet pickup | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. 2001 Peterbilt semi truck | 17,000.00 | 13,650.00 | | 13,650.00 | FA |
| 10. 2008 Doonan trailer | 25,000.00 | 0.00 | | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.07 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $47,700.00 | $13,650.00 | | $13,651.07 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor making $500 monthly installment payments to purchase estate's interest in semi-truck for total of $13,650.00.
Debtor has $150.00 remaining to pay. Trustee to review claims and file objections thereto if necessary. After any
claims objections are resolved, the Final Report will be filed.

Initial Projected Date of Final Report (TFR): 03/31/20    Current Projected Date of Final Report (TFR): 03/30/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.02d

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-15029 -CAD | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | BEAR, CHARLES ALLEN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9353 CHECKING ACCOUNT |
| Taxpayer ID No: | *******4918 | | | |
| For Period Ending: | 07/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 10,878.09 | | 10,878.09 |
| 09/05/12 | 9 | Charles A. Bear P.O. Box 2868 Helendale, CA 92342 | Monthly installment payment | 1229-000 | 500.00 | | 11,378.09 |
| 10/02/12 | 9 | Charles A. Bear Suzanne M. Nelson P.O. Box 2868 Helendale, CA 92342 | Monthly installment payment | 1129-000 | 500.00 | | 11,878.09 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.29 | 11,871.80 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.55 | 11,864.25 |
| 11/07/12 | 9 | Charles A. Bear P.O. Box 2868 Helendale, CA 92342 | Monthly installment payment | 1229-000 | 500.00 | | 12,364.25 |
| 12/04/12 | 9 | Charles A. Bear P.O. Box 2868 Helendale, CA 92342 | Monthly installment payment | 1129-000 | 500.00 | | 12,864.25 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.56 | 12,856.69 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 8.16 | 12,848.53 |
| 01/10/13 | 9 | Charles A. Bear P.O. Box 2868 Helendale, CA 92342 | Monthly installment payment | 1129-000 | 500.00 | | 13,348.53 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.63 | 13,328.90 |
| 02/08/13 | 9 | Charles A. Bear P.O. Box 2868 Helendale, CA 92342 | Monthly installment payment | 1129-000 | 150.00 | | 13,478.90 |
| 04/23/13 | 100000 | THOMAS E. SPRINGER, TRUSTEE 400 S. County Farm Road Suite 330 | Chapter 7 Compensation/Expense | 2100-000 | | 2,115.11 | 11,363.79 |

Page Subtotals 13,528.09 2,164.30

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-15029 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | BEAR, CHARLES ALLEN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9353  CHECKING ACCOUNT |
| Taxpayer ID No: | *******4918 | | |
| For Period Ending: | 07/12/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/23/13 | 100001 | Thomas E. Springer<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,617.50 | 8,746.29 |
| 04/23/13 | 100002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 1, Payment 55.45886% | 7100-900 | | 8,746.29 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 13,528.09 | 13,528.09 | 0.00 |
| Less:  Bank Transfers/CD's | 10,878.09 | 0.00 | |
| Subtotal | 2,650.00 | 13,528.09 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 2,650.00 | 13,528.09 | |

Page Subtotals           0.00          11,363.79

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-15029 -CAD | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BEAR, CHARLES ALLEN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0821 MONEY MARKET |
| Taxpayer ID No: | *******4918 | | | |
| For Period Ending: | 07/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/28/10 | 9 | Charles Allen Bear<br>503 Smith Drive, Apt. 8<br>Hampshire, IL 60140 | Monthly installment payment for the 2001 Peterbilt Semi-Truck pursuant to the Order approving sale entered 10/21/10. | 1129-000 | 500.00 | | 500.00 |
| 11/30/10 | 9 | Charles Allen Bear<br>503 Smith Drive, Apt 8<br>Hampshire, IL 60140 | Monthly installment payment | 1129-000 | 500.00 | | 1,000.00 |
| 11/30/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.01 | | 1,000.01 |
| 12/22/10 | 9 | Charles Allen Bear<br>503 Smith Dr., Apt 8<br>Hampshire, IL 60140-9402 | Monthly installment payment | 1129-000 | 500.00 | | 1,500.01 |
| 12/31/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,500.04 |
| 01/26/11 | 9 | Charles Allen Bear<br>503 Smith Dr., Apt 8<br>Hampshire, IL 60140-9402 | Monthly installment payment | 1129-000 | 500.00 | | 2,000.04 |
| 01/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.04 | | 2,000.08 |
| 02/28/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,000.10 |
| 03/01/11 | 9 | Charles Allen Bear<br>503 Smith Dr., Apt 8<br>Hampshire, IL 60140-9402 | Monthly installment payment | 1129-000 | 500.00 | | 2,500.10 |
| 03/25/11 | 9 | Charles A. Bear<br>Suzanne M. Nelson<br>P.O. Box 2686<br>Helendale, IL CA 92342 | Monthly installment payment | 1129-000 | 500.00 | | 3,000.10 |
| 03/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,000.12 |
| 04/26/11 | 000100 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 2.49 | 2,997.63 |

Page Subtotals 3,000.12 2.49

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-15029 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | BEAR, CHARLES ALLEN | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0821 MONEY MARKET |
| Taxpayer ID No: | *******4918 | | |
| For Period Ending: | 07/12/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/29/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,997.65 |
| 05/26/11 | 9 | Charles A. Bear<br>Suzanne M. Nelson<br>P.O. Box 2868<br>Hlenedale, CA 92342 | Monthly installment payment | 1129-000 | 500.00 | | 3,497.65 |
| 05/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,497.68 |
| 06/07/11 | 9 | Charles A. Bear<br>Suzanne M. Nelson<br>P.O. Box 2868<br>Helendale, CA 92342 | Monthly installment payment | 1129-000 | 500.00 | | 3,997.68 |
| 06/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,997.71 |
| 07/06/11 | 9 | Charles A. Bear<br>Suzanne M. Nelson<br>P.O. Box 2868<br>Helendale, CA 92342 | Monthly installment payment | 1129-000 | 500.00 | | 4,497.71 |
| 07/29/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,497.74 |
| 08/01/11 | 9 | Charles A. Bear<br>Suzanne N. Nelson<br>P.O. Box 2868<br>Helendale, CA 92342 | Monthly installment payment | 1129-000 | 500.00 | | 4,997.74 |
| 08/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,997.78 |
| 09/02/11 | 9 | Charles A. Bear (Debtor)<br>Suzanne M. Nelson<br>P.O. Box 2866<br>Helendale, CA 92342 | Installment payment | 1129-000 | 500.00 | | 5,497.78 |
| 09/30/11 | 9 | Charles A. Bear (Debtor)<br>Suzanne M. Nelson<br>P.O. Box 2868<br>Helendale, CA 92342 | Monthly installment payment | 1129-000 | 500.00 | | 5,997.78 |
| 09/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,997.82 |

Page Subtotals 3,000.19 0.00

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-15029 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | BEAR, CHARLES ALLEN | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0821  MONEY MARKET |
| Taxpayer ID No: | *******4918 | | |
| For Period Ending: | 07/12/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,997.87 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.56 | 5,990.31 |
| 11/04/11 | 9 | Charles A. Bear<br>Suzanne M. Nelson<br>P.O. Box 2868<br>Helendale, CA  92342 | Monthly installment payment | 1129-000 | 500.00 | | 6,490.31 |
| 11/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,490.36 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.84 | 6,482.52 |
| 12/20/11 | 9 | Charles A. Bear<br>Suzanne M. Nelson<br>P.O. Box 2868<br>Helendale, CA  92342 | Monthly installment payment | 1129-000 | 500.00 | | 6,982.52 |
| 12/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,982.57 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.16 | 6,974.41 |
| 01/17/12 | 9 | Charles A. Bear<br>Suzanne M. Nelson<br>P.O. Box 2868<br>Helendale, CA  92342 | Monthly installment payment | 1129-000 | 500.00 | | 7,474.41 |
| 01/31/12 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,474.47 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.39 | 7,465.08 |
| 02/03/12 | 9 | Charles A. Bear<br>Suzanne M. Nelson<br>P.O. Box 2868<br>Helendale, CA  92342 | Monthly installment payment | 1129-000 | 500.00 | | 7,965.08 |
| 02/15/12 | 000101 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Blanket Bond ; Bond #016026455 | 2300-000 | | 6.93 | 7,958.15 |
| 02/29/12 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,958.21 |

| | | | | Page Subtotals | 2,000.27 | 39.88 | |

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-15029 -CAD | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | BEAR, CHARLES ALLEN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0821  MONEY MARKET |
| Taxpayer ID No: | *******4918 | | | |
| For Period Ending: | 07/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.32 | 7,948.89 |
| 03/13/12 | 9 | Charles A. Bear<br>Suzanne M. Nelson<br>P.O. Box 2868<br>Helendale, CA  92342 | Monthly installment payment | 1129-000 | 500.00 | | 8,448.89 |
| 03/30/12 | 9 | Charles A. Bear<br>Suzanne M. Nelson<br>P.O. Box 2868<br>Helendale, CA  92342 | Monthly installment payment | 1129-000 | 500.00 | | 8,948.89 |
| 03/30/12 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,948.96 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.08 | 8,938.88 |
| 04/30/12 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 8,938.96 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.27 | 8,927.69 |
| 05/07/12 | 9 | Charles A. Bear<br>Suzanne M. Nelson<br>P.O. Box 2868<br>Helendale, CA 92342 | Monthly installment payment | 1129-000 | 500.00 | | 9,427.69 |
| 05/31/12 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,427.77 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.79 | 9,415.98 |
| 06/07/12 | 9 | Charles A. Bear<br>P.O. Box 2868<br>Helendale, CA 92342 | Monthly installment payment | 1129-000 | 500.00 | | 9,915.98 |
| 06/29/12 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,916.06 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.56 | 9,904.50 |
| 07/12/12 | 9 | Charles A. Bear<br>P.O. Box 2868<br>Helendale, CA 92342 | Monthly installment payment | 1129-000 | 500.00 | | 10,404.50 |
| 07/31/12 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,404.59 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 13.30 | 10,391.29 |

Page Subtotals        2,500.40         67.32

Ver: 17.02d

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-15029 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | BEAR, CHARLES ALLEN | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0821  MONEY MARKET |
| Taxpayer ID No: | *******4918 | | |
| For Period Ending: | 07/12/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/01/12 | 9 | Charles A. Bear<br>P.O. Box 2868<br>Helendale, CA 92342 | Monthly installment payment | 1129-000 | 500.00 | | 10,891.29 |
| 08/31/12 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 10,891.38 |
| 08/31/12 | | BANK OF AMERICA<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 13.29 | 10,878.09 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 10,878.09 | 0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 11,001.07 | 11,001.07 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 10,878.09 | |
| Subtotal | 11,001.07 | 122.98 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 11,001.07 | 122.98 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| CHECKING ACCOUNT - ********9353 | 2,650.00 | 13,528.09 | 0.00 |
| MONEY MARKET - ********0821 | 11,001.07 | 122.98 | 0.00 |
| | ------------------ | ------------------ | ------------------ |
| | 13,651.07 | 13,651.07 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     500.09     10,891.38

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)